UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MICHAEL L. SICKINGER,

      Plaintiff,                           Case No. 2:20-cv-10101
                                          Hon. LAURIE J. MICHELSON
v                                              Mag. Judge Elizabeth A. Stafford

LONNIE V. TUALA AND
BASIN TRANSPORTATION, LLC,

      Defendants.

___

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

      This matter having come before the Court on stipulation of Plaintiff Michael Sickinger and Defendants Lonnie Tuala and Basin Transportation, LLC, and the Court being otherwise fully advised that the parties have reached a settlement in this matter,

      **IT IS HEREBY ORDERED** that the above cause is dismissed with prejudice and without costs to any party.

      **IT IS FURTHER ORDERED** that this Order is dispositive of all claims presented by the Plaintiff and is the final Order in this matter.

Dated: January 27, 2021

                                              s/Laurie J. Michelson
                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE

2

Stipulated to and approved for entry by:

/s/ Michael L. Battersby
Michael L. Battersby (29012)
The Sam Bernstein Law Firm
Attorneys for Plaintiff
31731 Northwestern Hwy Ste 333
Farmington Hills   MI   48334
(800) 588-7121
mbattersby@sambernstein.com

/s/ Courtney A. Krause
Courtney A. Krause (P70581)
Garan Lucow Miller, P.C.
Attorney for Defendants
1155 Brewery Park Blvd. Ste 200
Detroit   MI   48207
(313) 446-5522
ckrause@garanlucow.com